IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD M. HEYNE, | ) | 8:12CV421 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MITSUBISHI MOTORS NORTH | ) | |
| AMERICA, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 28, 2013, the court entered a Memorandum and Order allowing Plaintiff to amend his Complaint to sufficiently allege a product liability claim against Defendants upon which relief may be granted. (Filing No. 8.)  Thereafter, Plaintiff filed an Amended Complaint. (Filing No. 9.)  After reviewing the Amended Complaint, the court finds that Plaintiff has complied with its Memorandum and Order and that service on Defendants is now warranted. Although the court finds that Plaintiff's claims may proceed against Defendants, the court cautions Plaintiff that this is only a preliminary determination based only on the allegations of the Amended Complaint and is not a determination of the merits of Plaintiff's claims or potential defenses thereto.

IT IS THEREFORE ORDERED that:

1.      To obtain service of process on Defendants, Plaintiff must complete and return the summons forms that the Clerk of the court will provide.  The Clerk of the court shall send FOUR summons forms and FOUR USM-285 forms to Plaintiff, together with a copy of this Memorandum and Order.  Plaintiff shall, as soon as possible, complete the forms and send the completed forms back to the Clerk of the court.  In the absence of the forms, service of process cannot occur.

2.      Upon receipt of the completed forms, the Clerk of the court will sign the summons forms, to be forwarded with a copy of the Amended Complaint to the U.S. Marshal for service of process.  The Marshal shall serve the summonses and the Amended Complaint without payment of costs or fees.  Service may be by certified mail pursuant to Federal Rule of Civil Procedure 4 and Nebraska law in the discretion of the Marshal. The Clerk of the court will copy the Amended Complaint, and Plaintiff does not need to do so.

3.      Federal Rule of Civil Procedure 4 requires service of the complaint on a defendant within 120 days of filing the complaint.    However, because in this order Plaintiff is informed for the first time of these requirements, Plaintiff is granted, on the court's own motion, an extension of time until 120 days from the date of this order to complete service of process.

4.      Plaintiff is hereby notified that failure to obtain service of process on a defendant within 120 days of the date of this order may result in dismissal of this matter without further notice as to such defendant.  A defendant has 21 days after receipt of the summons to answer or otherwise respond to a complaint.

5.      The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: "December 16, 2013: Check for completion of service of summons."

6.      The parties are bound by the Federal Rules of Civil Procedure and by the Local Rules of this court.  Plaintiff shall keep the court informed of his current address at all times while this case is pending.  Failure to do so may result in dismissal.

DATED this 19th day of August, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.