IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARIS W. PETERSON, individually and d/b/a NO DOGS ALLOWED;<br><br>　　　　　　Defendant. | CASE NO.  8:12CV241<br><br>ORDER OF DISMISSAL |

　　　　This matter is before the Court on the Parties' Stipulation of Dismissal Without Prejudice (Filing No. 39).  The Stipulation complies with the requirements of Fed. R. Civ. P. 41(1)(A)(ii), and the Court concludes that it should be approved and that the above-entitled action should be dismissed without prejudice. The parties have further stipulated that if neither party files a motion to reopen this action by or before November 28, 2014, the above-entitled action should be deemed dismissed with prejudice.  The parties will pay their own attorneys' fees and costs.  Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The Parties' Stipulation of Dismissal Without Prejudice (Filing No. 39) is approved;

　　　　2.　　If no party to this action has filed a motion to reopen this action by or before November 28, 2014, the above-entitled action will be deemed dismissed with prejudice; and

　　　　3.　　The parties will pay their own attorneys' fees and costs.

Dated this 24th day of April, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge